Jacque Rockwell

2401 WCR 112

Midland, TX 79706

4/9/2019

RECEIVED

APR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                          DEPUTY

IN THE UNITED STATES FEDERAL DISTRICT

WESTENS COURT FOR THE DISTRICT OF TEXAS

Jacque Rockwell]

Plaintiff   ]

Vs. ]

Thomas Delaney   ]

Codilis & Stawiarski, PC   ]

JC Morgan Chase ]

Stan Wulf / Kaestrict Nuni]

Request for Jury Trial

Reserve the Right To Amend

Case # 7:19-CV-102

## 5.5 MILLION DOLLAR CIVIL LAWSUIT FOR NON- JUDICIAL WRONGFUL FORECLOSURE

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Jacque Rockwell, proceeding *in propia persona*, and files civil lawsuit for wrongful foreclosure on the property located at 2401 WCR 112 Midland, TX 79706 . I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law. The code is complimentary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law. The code was written as not to abolish the common law entirely. I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction. I'm only aware of two jurisdiction the court can operate under as per the

1

from the defendants wrongful foreclosure practices actions. The plaintiff seeks declaratory and injunctive relief concerning a foreclosure conducted by entities who did not hold the authority to execute power of sale clause. Plaintiff also seeks injunction on the unlawful eviction action, pending procedures to verify the validity of the underlying mortgage loan.

1. The foreclosing party did not have "**legal authority to execute the power of sale clause**" in the deed of trust, and therefore the "Notice of Notice of Default and Election To Sell" civil document has a "Fatal Defect" which robbed the legal system of Jurisdiction and the Non – Judicial foreclosure must be vacated, and or dismissed with prejudice.

2. Plaintiff also demands damages in the amount of **7.5 Million Dollars**, for punitive damages and mental anguish from dealing with this unlawful foreclosure.

### <u>The Attorney Did Not Have Legal Authority To Execute The Power of Sell Clause</u>

3. The legal Trustee is the only person who can sign to execute the power of sale clause in the deed of trust. In this case there is no legal trustee because the promissory note and deed of trust was never placed into the trust, because it was bundled and sold during the securitizing process. The "Deed of Trust" for Loan # 1793018050, states on the first page "The Trustee is Old Republic Title Company" and the beneficiary is (MERS), (a fraudulent issues to be discussed at a later time) See: Exhibit B a copy of the deed of trust for loan account # 1793018050

4. On page 2 of the notice of notice of default and election to sale, will show at the bottom of the page the "Power of Sale Clause" was executed by Thomas Delancy an agent for the Law Firm of "JC Morgan Chace Bank, Associates. See: Exhibit A, a copy of the "notice of notice of default and election to sell" document used to execute the power of sale clause. The attorney signed as the "Trustee," and no attorney can appear in court without the physical human being he represents. "Agents can not testify for principals." We will challenge every witness to prove they are the principal, by asking for their Driver's Licenses, proving they are the "principal" i.e, " The Trustee Old republic Title Company". If they are not, we demand their pleadings and testimony be removed

from the court record as "Hearsay" testimony. An imaginary person cannot appear no agent can speak for them.

## The Missing Promissory Note:

5. The deed of trust references the debt is evidenced by the borrower's note dated the same date as this security instrument (Note), which provides for monthly payments, with the full debt, if not paid earlier, and due and payable on June 1, 2044. The deed of trust states the repayment of the debt is evidenced by the "NOTE," however the note was not filed in the record or included in the notice of notice of default and election to sell document. Without that Note, the defendants cannot verify there was any debt. It is well known in the legal community **a trust deed** is always used together with a **promissory note** that sets out the amount and terms of the alleged loan. The deed of trust, and the promissory note must always be together, and without the note and the loan accounting entries, the attorney has failed to prove there was any debt, a second fatal flaw to this attempted civil theft of reap property.

Sign someone else's name,

Fake a ## The Attorneys Violated Texas Lien Laws:

6. Texas prohibits **forgery**. Simply put, the **crime of forgery** takes place when you knowingly do any of the following, intending to commit a fraud:

- seal or someone else's handwriting,

- Change or falsify any legal document (like a will or a deed), or

- **Fake, alter, or present as genuine a false document pertaining to money, finances, or property** (like a check or a promissory note), (the promissory note in this case was altered when the bank official stamped "Pay To The Order Of" on it and processed it through the Federal Reserve for unlawful electronic credits, the source of the alleged loan).

When many people hear the word "forgery," they think of faking someone else's signature or handwriting. But as you can see, the legal definition of Texas forgery is much broader than that. It basically means creating a new, false document for your own benefit and gain. At the same time, the legal definition of forgery is narrower than many people think. Even if you

forge someone else's signature, you aren't guilty of the crime of forgery unless you did so *intending to commit a fraud.*

Forgery by altering, corrupting, or falsifying legal documents

You can also violate Texas's forgery laws by

- altering,

- corrupting, or

- Falsifying some kind of legal document, if you intended to defraud someone by doing so.

7. This section of Penal Code 32.21 only applies to *legal* documents, such as

- A will,

- A document conveying property,

- A court record, and/or

Other kinds of legal writings that can serve as evidence in a court of law.

**Missing Admissible Evidence:**

8. The attorney failed to provide the original promissory note to verify there was a debt, or provide the loan accounting entries to prove the amount agreed to be paid and the amount that is paid off. Nothing is provided to verify the terms of the alleged breached contract. There is no evidence being offered by the foreclosing party that is admissible at trial. The foreclosing party cannot and has not laid the proper foundational proof that it ever maintained a secured interest in this particular property. The fact that the borrowers allegedly owed the money was not the point. The right to deprive people of their property is a powerful one and banks have to prove they have the legal standing to do so. American law cannot allow property seizures based on backdated, incomplete, or fraudulent documentation, no matter what the circumstances are. Otherwise, no one's home is safe. Because the non-judicial foreclosure process is subject to strict scrutiny, and given the material failure of a condition precedent by the foreclosing party and of agent's the entire non-judicial foreclosure process is invalid.

Therefore, the Deed of trust and the attorney's notice of notice of default and election to sell cannot be admitted into evidence, as no lawful foundation can be laid. Robert Herrera et al., v. Deutsche Bank National Trust company et al. California, statutes restrict, persons eligible to serve as trustees or substitute trustees. No one may serve who has any other role or duty than to sell the land. Dual functions under the security instrument disqualify an individual. Likewise, the person cannot be a debt collector. **The trustee is the only person who can conduct a valid sale.**

### Unlawful Power of Sale Clause:

9. The power of sale clause was not disclosed, and the foreclosing party has no verification the power of sale clause was agreed by all parties who signed the original contract. Any party whose name is not on the contract has no cause of action. In this case the foreclosing party failed to prove consent a necessary element to verify a contractual obligation, and has no legal authority to excise the power of sale clause in the unilateral contract.

10. It is a fundamental precept of property law that in order to enforce the power of sale, the beneficiary of a deed of trust must be able to prove the existence of their secured interest in the subject property.

11. Here, the foreclosing party has never demonstrated that it ever had such a secured interest. A primary concern in this matter is the fact that foreclosing party had no legal right to foreclose upon the home, even if the homeowner had not paid as required, if the same foreclosing party has not fully complied with Civil Code.

12. The foreclosing party did not have legal authority to execute the power of sale clause, and no document was recorded with the Office of the County Recorder. The defect is fatal, there cannot be any "duly perfected title" that serves as the basis for foreclosing party's Unlawful Detainer case. The eviction case must be dismissed, and that may be done by an exclusion of all evidence, as prayed for above

### Jurisdiction:

13. The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law. The Constitution vests federal courts with the authority to hear cases

"arising under th[e] Constitution [or] the Laws of the United States." U.S. Const. art III, § 2. Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## Facts of The Dispute:

14. The foreclosing party cannot verify they had legal authority to execute the power of sale clause in the deed of trust

15. The Promissory note necessary to verify a debt is missing.

16. The foreclosing party has no witnesses to attest to the dispute.

17. The attorneys violated Federal and State law in bringing this action forward.

18. The Attorney's name is not signed on the contract in dispute.

19. The defendant failed to obtain the proper, legal valid assignment of mortgage and power of sale.

20. The law is clear, however, entities foreclosing upon homeowners must strictly comply with State statutory prerequisites to foreclosure.

21. It is the black letter of the law that an entity seeking to foreclose must have the actual legal authority to exercise the power of sale.

22. The current foreclosure process has become an undisciplined and lawless rush to seize homes without a witness, the contract or an accounting of the money trail.

23. There is no language in the contract granting the "Agreement for Signing Authority" to execute the power of sale clause.

## Irreparable Injury:

24. The homeowner will suffer "irreparable injury" if the judge doesn't stop the foreclosure immediately. The validity of mortgage is questioned, the lender does not have a firsthand fact witness, or the original contract to verify there was a contract. The power of sale clause was not disclosed at signing, and one cannot sign away their "Constitutional Rights" It would be an "Obstruction of The Administration of Justice for the court to require a bond to protect the foreclosing party's interest because the foreclosing party did not have legal authority to execute the power of sale clause, and the "power of sale" clause was not disclosed at signing. The mortgage contract should be rescinded because the creditor did not provide full disclosure, or the contract is extremely deceptive and unconscionable, *In re Pearl Maxwell, 281 B.R. 101*

## The Foreclosing Party Violated Federal Wire Fraud Laws:

25. The content of the paragraphs set forth above are incorporated here as if fully set forth herein. The foreclosing party used wire communications, including but not limited to facsimile's, emails and the internet to accomplish their scheme to defraud the homeowner, and the courts by causing to be sent, filed, and recorded mortgage documents which they knew or should have known to be fraudulent in violation of 18 U.S.C. Sec. 1343. Because of said actions of the attorney's, plaintiff is entitled to damages.

## Violation of The Fair Dent Collection Practice Act ("FDCPA"

26. The content of the paragraphs set forth above are incorporated here as if fully set forth herein. Defendants improperly misrepresented themselves to the homeowner and the court to be the party in interest with legal authority to collect on debts secured by deed when in fact they are not authorized to collect on behalf of the true party in interest in violation of 15 U.S.C. Sec 1692 et seq. Because of said actions of defendants plaintiff is entitled to damages.

## Facts Of The Wrongful Foreclosure:

27. The bank and the debt collector is operating through fraud, all commercial instruments such as promissory notes, credit agreements, bills of exchange and checks are defined as legal tender, or money, by the statutes such as 12 USC 1813(l)(1), UCC §1-201(24), §3-104, §8-102(9), §§9-102(9), (11), (12)(B), (49), (64). These statutes define a promissory note or security to be negotiable (sellable) because it is a financial asset.  This is necessary because contracts requiring lawful money are illegal pursuant to Title 31 USC §5118(d) (2). All debts today are discharged

by promises to pay in the future. All Federal Reserve notes are registered securities and promises to pay in the future. They are secured by liens on promissory notes of collateral owned by real people. The statutes do not provide the Federal Reserve Corporation a monopoly on promissory notes, as debt collectors insist. Real people create promissory notes that are usually sold to the FED in exchange for their promissory notes. The FED uses the promises of the people's collateral to secure their notes. If people want their, commercial instruments to be legal tender, they must be secured by a maritime lien on your prepaid trust account recorded at the county and registered on a UCC1. It then becomes a registered security and a financial asset that can be negotiated. This Corporation further complicated the process by selling their payables to another entity to remove it from their balance sheet. This is called securitization or off-balance sheet financing. One should be aware that debt collectors can legally only deal with fictions of law, such as corporations or "persons".

## The Scheme To Defraud:

28. The contract should be rescinded because the creditor does not provide full disclosure, and the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101

a. The Truth in Lending Act, Regulation Z, 12 CFR §226.23, says that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures. The original debt was actually zero because the borrower's financial asset was exchanged for FED's promissory notes in an even exchange.

b. The Fair Debt Collection Practices Act 15 U.S.C. §§1601, 1692, 1693, provides remedies for deceptive or unconscionable contracts and allows payment in any legal tender. The contract was deceptive and unconscionable if the actual debt was zero.

c. Real Estate Settlement Procedures Act 12 U.S.C. §2605, et seq. Provides remedies for deceptive communications from the lender.

d. UCC §2-302 provides a remedy for unconscionable contracts.

29. Promissory Notes and other commercial instruments are legal tender and financial assets to the originator and a liability to the lender. If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement

holder in the asset. But the debt collector does not understand that they have this liability because most people are unaware of it.

a.      UCC §1-201(24),  §3-104, §3-306, §3-105,

b.      UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511

c.      UCC §§9-102(9), (11), (12)(B), (49), (64)

d.      12 USC 1813(l)(1)

30. The lender's records requested in discovery will show the corporation has an offsetting liability to the homeowner pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR). These records include:

a. FR 2046 balance sheet,

b. 1099-OID report,

c. S-3/A registration statement,

d. 424-B5 prospectus and

e. RC-S & RC-B Call Schedules

31. The corporation never registers the commercial instrument because they know it is a financial asset to the debtor. So the debtor must register it to establish a security interest in the financial asset and take the position of a secured creditor. So it should be listed on a maritime lien against the prepaid trust account and filed with the county recorder and put on a UCC1.

a. §8-102(13), §9-203; §9-505, §9-312

b. 46 USC §§31321, 31343,   46 CFR 67.250, §9-102(52), §9-317, §9-322

32. We are requesting the claim to be set off or recoupment to have the assets cancel out the liabilities according to:

a. FAS 140, §3-305, §3-601, §8-105, §9-404

33. It is a violation of both State and Federal law for a bank to sell an unregistered note that is a security that violation provides a right to rescission of the contract pursuant to Statutes.

## Fraud and Deception On The Court:

34. The "notice of notice of default and election to sell" contains a "Fatal Flaw" as the attorney Ryan Remington did not have legal authority to execute the power of sale clause in the deed of trust and the documents must be stricken from the court record as fraud. The missing promissory note was never registered into the trust. The Original promissory note/ deed of trust signed to lien the property was the real source of the alleged loan. This fatal flaw robbed the court of jurisdiction in the original foreclosure. "Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages." Barnsdall Refining Corp. v. Bimarn Wood Oil Co., 92 F.2d S17. "Any conduct capable of being turned into a statement of fact is representation. There is no distinction between misrepresentations effected by words and misrepresentations effected by other acts." Leonard v. Springer, 197 Ill 532, 64 NE 301. "It is not necessary for recession of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations even innocently to retain the fruits of a bargain induced by such representations." Whipp v. Iverson, 43 Wis.2d 166. Diction" and this judgment must be vacated.

## Void "Ultra Vires" Contracts:

35. Black's Law Dictionary defines the Latin term "extra vires" to mean beyond powers. Black's Law Dictionary explains the term "ultra vires" embraces "[a]n act performed without any authority to act on subject. Haslund v. City of Seattle, 86 Wash.2d 607, 547 P.2d 1221, 1230. Acts beyond the scope of the powers of a corporation, as defined by its charter or laws of state of incorporation. State ex rel. v. Holston Trust Col, 168 Tenn. 546, 79 S.W.2d 1012, 1016. The term has a broad application and includes not only acts prohibited by the charter, but acts which are in excess of powers granted and not prohibited, and generally applied either when a corporation has no power whatever to do an act, or when the corporation has the power but exercises it irregularly. People ex rel. Barrett v. Bank of Peoria, 295 Ill.App. 543, 15 N.E.2d 333, 335. Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. By doctrine of ultra vires, a contract made by a corporation

beyond the scope of its corporate powers is unlawful. Community Federal Sav. & Loan Ass'n of Independence, Mo. v. Fields, C.C.A., Mo., 128 F.2d 705, 708." Black's 6th Edition, p. 1522. The courts have long held that when a corporation executes a contract beyond the scope of its charter or granted corporate powers, the contract is void or "ultra vires". See infra, Pullman v. Central Transp. Co., 139 U.S. 62, 11 S.Ct. 478, 35 L.Ed. 55.

### The Question Of Lawful Consideration:

36. The issue of whether the lender, who writes and passes a "bad" check or makes a "credit" loan, has a claim for relief against the borrower is easy to answer, providing the lender can prove that he gave a lawful consideration based upon lawful acts, but did the lender give a lawful consideration? To give a lawful consideration, the lender must prove that he gave the borrower lawful money such as coins or currency. Failing that, he can have no claim for relief in a court at law against the borrower as the lender's actions were Ultra vires or void from the beginning of the transaction. It can be argued that "bad" checks or "credit" loans that pass as money are valuable, but so are counterfeit coins and currency that pass as money. It seems unconscionable that a bank would ask homeowners to put up a homestead as collateral for a "credit loan" that the bank created out of thin air. Would a court of law or equity allow a counterfeiter to foreclose against a person's home because the borrower was late in payments on an unlawful loan? If the court were to do so, it would be contrary to all principles of law, and an obstruction of the administration of justice. The question of valuable consideration does not depend on any value imparted by the lender, but by false confidence instilled in the "bad" check or "credit" loan by the lender. In a court at law or equity, the lender has no claim for relief. The argument that the lender has a claim for relief because the borrower received property for the lender's "bad" check or "credit" loan, is not valid unless the lender can prove that he gave lawful value. The claim for relief lies with the seller, who may be holding the "bad" check or "credit" loan, against the lender or the borrower, or both.

### Rico:

37. In a Debtor's RICO action against its creditor, alleging that the creditor had collected an unlawful debt, an interest rate (where all loan charges were added together) that exceeded, in the language of the RICO Statute, "twice the enforceable rate," the Court found no reason to impose a requirement that the Plaintiff show that the Defendant had been convicted of collecting an unlawful debt, running a "loan sharking" operation. The debt included the fact that exaction of a usurious interest rate rendered the debt unlawful and that is all that is necessary to support the Civil RICO action. Durante Bros. & Sons, Inc. v. Flushing Nat. Bank, 755 F.2d 239, cert. denied, 473 US 906 (1985). The Supreme Court found that the Plaintiff in a civil RICO action need establish only a criminal "violation" and not a criminal conviction. Further, the Court held that the Defendant need only have caused harm to the Plaintiff by the commission of a predicate offense in such a way as to constitute a "pattern of Racketeering activity." That is, the Plaintiff need not demonstrate that the Defendant is an organized crime figure, a mobster in the popular sense, or that the Plaintiff has suffered some type of special Racketeering injury; all that the Plaintiff must show is what the Statute specifically requires. The RICO Statute and the civil remedies for its violation are to be liberally construed to effect the Congressional purpose as broadly formulated in the statute. Sedima, SPRL v. Imrex Co., 473 US 479 (1985)

## Borrowers Relief:

38. In District Court, we have additional claims for relief under "Civil RICO" Federal Racketeering laws (Title 18 U.S.C. 1964) as the lender may have established a "pattern of racketeering activity" by using the U.S. Mail more than twice to collect an unlawful debt and the lender may be in violation of Title 18 U.S.C. 1341, 1343, 1961 and 1962. The borrower may have other claims for relief if he can prove there was or is a conspiracy to deprive him of property without due process of law under Title 42 U.S.C. 1983 (Constitutional injury), 1985 (Conspiracy) and 1986 ("Knowledge" and "Neglect to Prevent" a U.S. Constitutional Wrong). Under Title 18 U.S.C.A. 241 (Conspiracy), violators "shall be fined not more than $10,000 or imprisoned not more than ten (10) years or both."

## Defective Affidavit And No Competent Fact Witness:

39. Courts render a judgment from a pleading with only an affidavit. This is provided for in the Rules of Civil Procedure and is allowed up to and until that Affidavit is challenged. The Affidavit in this case is an "out of court, sworn statement" to the facts of the matter asserted.

**Without a Witness to attest to the statements within the affidavit, it is nothing more than hearsay.** The Affidavit in this case must be struck from the record because it is hearsay. When there is no Affidavit or Witness, the Court lacks subject matter jurisdiction. There is no competent witness to state the facts of the

**Wherefore:**

Plaintiff will suffer "irreparable injury" so the Judge must stop the eviction, vacate the foreclosure judgment, and any proceedings immediately. It appears the attorney's intent was to cause another person to suffer: physical injury; financial injury; mental anguish or emotional distress when he signed the fraudulent document to execute the power of sale clause without legal authority, and in violation of Forgery Statutes Texas Penal Code 32.21. A person who violates Texas Penal Code 32.21 is liable to each injured person for the greater of $50,000 or the actual damages caused by the violation together with court costs; reasonable attorney's fees, punitive, and exemplary damages in an amount determined by the court. Plaintiff request the court grand damages in the full amount, and vacate the non- judicial foreclosure with prejudice.

*Jacque Rockwell* 4/12/2019

Jacque Rockwell

## CERTIFICATE OF MAILING

A copy of this document was served party below certified return receipt via USPS.

*Jacque Rockwell* 4/12/2019

Jacque Rockwell

Mailed to the following:

Attorney:

Cole Bryant PC

6 Desta Dr. Suite 1000

Midland, TX  79705


## VERIFICATION:


I' James A. Bogart, & Renee M. Bogart, declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

on this 10th  Day, of April. 2019

Jacque Rockwell


On this __12__ day of __April__, 2019 before me, the undersigned, a Notary Public in and for the State of California, personally appeared the above-signed, known to me to be the one Whose name is signed on this instrument, and has acknowledged to me that he has executed the same.

Signed:_____

Printed Name: Dawn Zacherl

My Commission Expires: 7-8-19

Date: 4-12-19    Common Law Seal:_____

DAWN MARIE ZACHERL
Notary Public, State of Texas
My Commission Expires
July 08, 2019

Jacque Rockwell

2401 WCR 112

Midland, TX  79706

4/9/2019

IN THE UNITED STATES FEDERAL DISTRICT

WESTENS COURT FOR THE DISTRICT OF TEXAS

Jacque Rockwell]

Plaintiff   ]

Vs.  ]

Thomas Delaney   ]

Codilis & Stawiarski, PC   ]

JC Morgan Chase ]

Stan Wulf / Kaestrict Nuni]

## Order

This matter comes before the court on the Rockwell's Restraining, Order, and Injunction.

Having reviewed the motion, and all the other documents filed in support and opposition,

And been fully advised

### The Court Hereby Orders:

Granting the TRO, and orders a hearing on the matter, on this 10 day of April 2019 4/12/2019

County Of Midland

15