# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JACQUE ROCKWELL,<br>   *Plaintiff*, § § § | |
| v. § § | MO:19-CV-00102-DC |
| THOMAS DELANEY, CODILIS & STAWIARSKI,<br>PC, JC MORGAN CHASE, STAN WULF, and<br>KAESTRICT NUNI,<br>   *Defendants*. § § § § § | |

## FINAL JUDGMENT

On this day, the Court *sua sponte* considered the Complaint in the above-captioned matter and dismissed without prejudice Plaintiff Jacque Rockwell's claims against Defendants Thomas Delaney, Codilis & Stawiarski, PC, JC Morgan Chase, Stan Wulf, and Kaestrict Nuni for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, the Court enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 and **ORDERS** the Clerk of the Court to close this case.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that all of Plaintiff's claims against all Defendants are **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED**.

SIGNED this 19th day of August, 2019.

              _____
              DAVID COUNTS
              UNITED STATES DISTRICT JUDGE